UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PEARSON,

                Plaintiff,

      v.

NEW YORK CITY, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-16-20
```

20-CV-3592 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    To clarify our prior order, the summons should be served on the defendants at the addresses that follow:

1. City of New York New York City Law Department
   100 Church St.
   New York, NY 10007

2. Principal Emarilix Lopez
   Metropolitan Soundview High School
   1300 Boynton Avenue, 4th Floor
   Bronx, NY 10472

3. Director Peter Ianniello
   New York City Department of Education HR School Support
   65 Court Street, Room 506
   Brooklyn, NY 11201

SO ORDERED.

Dated:    November 16, 2020
              New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge