Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Antonia Pearson
Write the full name of each plaintiff or petitioner.

Case No: 1:20 cv 03595 -RA

-against-

New York City Department of Education
Write the full name of each defendant or respondent.

Letter re: Extension to Serve Complaint Defendants

Dear Judge Ronnie Abram,

My name is Antonia Pearson. I was given an extension no later than December 14, 2020. Plaintiff shall serve the complaint on ~~defendants~~ defendants. I am in contact with (NYLAG) legal Clinic. Today is Friday, Nov. 13, 2020, I have 30 days left for defendants to be serve. (NYLAG) really do not have any suggestions for me regarding this matter. I am reaching out for more suggestions. Why haven't these defendants been served? What else can be done before 12/14/2020

Date: 11/13/2020
Signature: Antonia Pearson
Name: Antonia Pearson
Prison Identification # (if available):
Address: 153 E. 110th St
City: NY
State: NY
Zip Code: 10029
Telephone Number (if available): 646-861-8629
E-mail Address (if available): Apearson13@hotmail.com

Although the Court is mindful of Ms. Pearson's pro se status, it is not permitted to give her legal advice. Ms. Pearson must seek legal advice from a retained attorney or continue to do so from NYLAG or another legal clinic. The Court notes that while service was delayed due to an incorrect address, it appears that this problem has been resolved and service will soon be attempted again. If Ms. Pearson requires additional time to serve process on the defendants, she may seek such an extension. The Clerk of Court shall mail a copy of this Order to plaintiff. SO OREDERED.

Ronnie Abrams, U.S.D.J.
November 18, 2020