| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antonia Pearson | 20-cv-03592-RA |
| DEFENDANT | TYPE OF PROCESS |
| New York City Department of Education et al | Summons & Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Director Peter Ianniello, New York City Department of Education HR School Support
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 65 Court Street, Room 506, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pro Se:  Antonia Pearson
P.O. Box 690
New York, NY 10029

- Number of process to be served with this Form 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
BW
TELEPHONE NUMBER: 212-805-0175
DATE: 5/22/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: P3 | District of Origin: No. 054 | District to Serve: No. 054 | Signature of Authorized USMS Deputy or Clerk | Date: 05/22/2020 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: LEWAR REID DOCKETING CLERK
Address *(complete only different than shown above)*: 100 Church St. NY, NY
Date: 11/17/2020   Time: 1:40 pm
Signature of U.S. Marshal or Deputy

| Service Fee: $73.00 | Total Mileage Charges (including endeavors): 1.15 | Forwarding Fee | Total Charges: $74.15 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
5/28/20 - Set up for mail service
OCT 2 2 2020 — Set up for P/S - DOE location doesn't accept legal documents, serve at 100 Church St.

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

20-3592-3

Case 1:20-cv-03592-RA   Document 18   Filed 11/20/20   Page 2 of 2