UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTONIA PEARSON,

                                         Plaintiff,

                    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
EMARILIX LOPEZ, PRINCIPAL OF THE
METROPOLITAN SOUNDVIEW HIGH SCHOOL,
PETER IANNIELLO, EXEC. DIRECTOR OFFICE OF
HR SCHOOL SUPPORT,

                                         Defendants.
------------------------------------------------------------------------ x

**DECLARATION IN
SUPPORT OF
DEFENDANTS' MOTION TO
DISMISS THE COMPLAINT**

No. 20 CV 03592 (RA)

   **RYAN NASIM**, declares, pursuant to 28 U.S.C. § 1746 and under the penalty of

perjury, that the following is true and correct:

   1.  I am an Assistant Corporation Counsel in the office of James E. Johnson,

Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned

action.

   2.  I submit this declaration in support of Defendants' Motion to Dismiss the

Complaint pursuant to 12(b) of the Federal Rules of Civil Procedure.

   3.  Defendants annex the following documents in support of their motion to

dismiss the complaint, which are referred to in the complaint, are matters of which judicial notice

may be taken, are documents in plaintiff's possession, and/or are documents of which plaintiff

had knowledge and upon which plaintiff relied in bringing this action:

   4.  A copy of Plaintiff's SDHR Verified Complaint, dated July 12, 2018 and

filed on July 22, 2019 is attached hereto as Exhibit "A".

5.      A copy of the SDHR's Determination and Order of Dismissal for Administrative Convenience, dated November 26, 2019, is attached hereto as Exhibit "B".

I declare under penalties of perjury that the foregoing is true and correct.

Dated:      February 5, 2021
            Queens, New York

/s/ Ryan Nasim
Ryan Nasim
Assistant Corporation Counsel

# EXHIBIT A

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ANTONIA PEARSON,

Complainant,

v.

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10202683**

---

Federal Charge No. 16GB904321

I, Antonia Pearson, residing at PO Box 690, New York, NY, 10029, charge the above named respondent, whose address is Toni Gante, Director Office of Legal Services 52 Chambers Street, Room 308, New York, NY, 10007 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, race/color.

Date most recent or continuing discrimination took place is 7/26/2018.

The allegations are:

## Please See Attached Complaint Form

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of age, race/color, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating the Age Discrimination in Employment Act (ADEA) as amended (covers ages 40 years of age or older in employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

## New York State Division of Human Rights
## Employment Complaint Form

JUL 1 9 2019

| 1. Your contact information: | |
|---|---|
| First Name  Antonia | Middle Initial/Name |

**Last Name**  Pearson

| Street Address/ PO Box  P.O. Box 690 | Apt or Floor #: |
|---|---|

| City  New York | State  NY | Zip Code  10029 |
|---|---|---|

### 2. Regulated Areas: You believe you were discriminated against in the area of:

- ☑ Employment *(including paid internship)*
- ☐ Apprentice Training
- ☐ Internship *(unpaid only)*
- ☐ Labor Organization
- ☐ Employment Agencies
- ☐ Licensing
- ☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*

### 3. You are filing a complaint against:

**Employer Name**  New York City Department of Education / The Metropolitan SoundView High School

**Street Address/ PO Box**  65 Court Street

| City  Brooklyn | State  NY | Zip Code  11201 |
|---|---|---|

**Telephone Number:**
( 718   ) 935-2000

In what *county or borough* did the violation take place?
Bronx County

Individual people who discriminated against you:

| Name:  Emarilix Lopez | Title:  Principal |
|---|---|
| Name:  Peter Ianniello, PHD | Title:  Exec. Dir. Office of HR School Support |

If you need more space, please list them on a separate piece of paper.

### 4. Date of alleged discrimination *(must be within one year of filing):*

| The most recent act of discrimination happened on: | 7 | 26 | 2018 |
|---|---|---|---|
| | month | day | year |

### 5. For employment and internships, how many employees does this company have?

☐ 1-3   ☐ 4-14   ☐ 15-19   ☑ 20 or more   ☐ Don't know

### 6. Are you currently working for this company?

| ☐ Yes.  Date of hire: | | | | What is your position? |
|---|---|---|---|---|
| | month | day | year | |
| ☑ No.  Last day of work: | 7 | 26 | 2018 | What was your position? |
| | month | day | year | Science Teacher |
| ☐ I was never hired.  Date of application: | | | | What position did you apply for? |
| | month | day | year | |

**7. Basis of alleged discrimination**:

Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☑ **Age**:<br>Date of Birth: ██/1955 | ☐ **Marital Status**:<br>Please specify: _____ |
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **Military Status**:<br>☐ Active Duty    ☐ Reserves |
| ☐ **Conviction Record** | ☐ **National Origin**:<br>Please specify: _____ |
| ☐ **Creed/ Religion**:<br>Please specify: _____ | ☐ **Predisposing Genetic Characteristic**:<br>Please specify: _____ |
| ☐ **Disability**:<br>Please specify: _____ | ☐ **Pregnancy-Related Condition**:<br>Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☑ **Race/Color or Ethnicity**:<br>Please specify: African American |
| ☐ **Familial Status**:<br>Please specify: _____ | ☐ **Sexual Orientation**:<br>Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sex**:<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy    ☐ Sexual Harassment |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation**: How did you oppose discrimination: _____

**8. Acts of alleged discrimination**: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☑ Refused to hire me as a substitute teacher. | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☑ Harassed/ intimidated me (other than sexual harassment) |
| ☑ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☑ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

**9. Description of alleged discrimination**

> *Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

Please see attached.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

**Addendum to SDHR Complaint for Antonia Pearson**

1. I was employed as teacher with the New York City Department of Education for about 10 years with a license in general science and chemistry.

2. I worked at the Metropolitan SoundView High School in the Bronx, New York from September 8, 2016 to July 26, 2018 as a living environment co-teacher and a health teacher.

3. I am of black race/color and presently 64 years old.

4. During my time at SoundView High School, I had never been written up nor have I received any letters to my file. I was rated Effective for the two years I was at the Metropolitan SoundView High School.

5. In March of 2018, Principal Emaralix Lopez asked me to leave the school and instructed me to look for employment at another school through the Open Market. Ms. Lopez is Hispanic and approximately 40 years old.

6. On or about June 26, 2018 I received a letter of probationary discontinuance of my employment from the NYCDOE.

7. On September 12, 2018, my substitute teacher eligibility status was cancelled due to the discontinuance of my services from the NYCDOE, and I have been unable to work for the NYCDOE since that date.

8. I clearly have been targeted and discriminated against based on my age and race by my school administration as set forth above.

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _____

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This 12th day of July, 2019

Signature of Notary Public

County: _____ Commission expires: _____

RACHEL BADAL
Notary Public, State of New York
No. 01BA6087097
Qualified in Kings County
Commission Expires Feb. 10, 2023

**Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.**

# EXHIBIT B



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ANTONIA PEARSON,

                       **Complainant,**

          **v.**

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                     **Respondent.**

---

**DETERMINATION AND
ORDER OF DISMISSAL FOR
ADMINISTRATIVE
CONVENIENCE**

Case No.
10202683

Federal Charge No. 16GB904321

On 7/22/2019, Antonia Pearson filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of age, and race/color in violation of N.Y. Exec Law, art. 15 ("Human Rights Law").

Pursuant to Section 297.3 of the Human Rights Law, the Division finds that noticing the complaint for hearing would be undesirable and the complaint, therefore, is ordered dismissed on the grounds of administrative convenience for the following reason(s): The complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination charged can be resolved.

Section 297.9 of the Human Rights Law provides that:

... where the Division has dismissed such complaint on the grounds of the administrative convenience, ... such person shall maintain all rights to bring suit as if no complaint had been filed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition <u>within sixty (60) days after service of this Determination</u>. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human

Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under the Age Discrimination in Employment Act (ADEA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:    11\26\19
       Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By:    _____
       William LaMot
       Regional Director