UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PEARSON,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  2-9-21
```

20-CV-3592 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' motion to dismiss. Dkt. 25. Given Plaintiff's pro se status, the Court will grant her 28 days to prepare and file her memorandum of law in opposition to the motion, which she shall file no later than March 5, 2021. Defendants' reply memorandum shall be filed no later than March 19, 2021. Discovery shall be stayed in this action pending resolution of the motion.

Plaintiff is reminded that, if she would like to obtain assistance with this case, she may contact the New York Legal Assistance Group ("NYLAG"), which is an independent legal clinic for pro se litigants in the Southern District of New York. She may contact NYLAG by calling (212) 659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 9, 2021
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge