# **CERTIFICATE OF SERVICE**

The undersigned, an attorney employed in the office of the Corporation Counsel of the City of New York, and declares this statement to be true under the penalties of perjury:

That on the 9th day of February, 2021 he served the following documents:

Defendants' Letter Pursuant to Local Rule 7.2 and attachments forwarding unreported cases cited in Defendants' Motion to Dismiss the Complaint by first class mail

Upon:   Antonia Pearson
        Plaintiff Pro Se
        P.O. Box 690
        New York, NY 10029

being the address within the State theretofore designated by her for that purpose, by causing a copy of the same, enclosed in a properly addressed prepaid wrapper, to be deposited into an official repository of the United States Postal Service (USPS) located at 100 Church Street, New York, NY 10007.

I declare under penalties of perjury that the forgoing is true and correct.

Dated:   New York, New York
        February 9, 2021

                                                */s/ Bruce Rosenbaum*
                                                Bruce Rosenbaum
                                                Assistant Corporation Counsel