**Antonia Pearson** *Pro Se*
P.O. Box 690
New York, NY 10029
(646) 861-8629

February 25, 2021

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**  **Antonia Pearson v. New York City Department of Education et al., 1:20-cv-03592-RA**
        **Request for Extension to File Opposition to Defendants' Motion to Dismiss**

Dear Judge Abrams:

  I am writing to respectfully request an additional two week extension to file my Opposition to Defendants' Motion to Dismiss my Complaint. My opposition is currently due on March 5, 2021, I would like an extension to March 19, 2021 to submit it. I need more time to work on my response.

  This is my first request for an extension of time of this deadline. I have contacted Defendants' counsel about my request for extension, and he has consented to my request.

  Thank you for your consideration of this request.

                    Respectfully submitted,

                    s/ Antonia Pearson
                    _____
                    Antonia Pearson

c: Ryan Nasim, Assistant Corporation Counsel, Attorney for Defendants

 Gmail

RX Center <rxcenter119@gmail.com>

## Fw: Extension for Document no. CV003592 (RA)

**Email Update.** <apearson2013@hotmail.com>  Thu, Feb 25, 10:28 AM
To: Rxcenter119@gmail.com <Rxcenter119@gmail.com>

**From:** Nasim, Ryan (Law) <rnasim@law.nyc.gov>
**Sent:** Thursday, February 25, 2021 10:27 AM
**To:** Email Update. <apearson2013@hotmail.com>
**Subject:** RE: Extension for Document no. CV003592 (RA)

Good morning Ms. Pearson,

I consent to your request for an extension to submit your opposition on March 19, 2021.

Best regards,

Ryan Nasim
Assistant Corporation Counsel
NYC Law Department - Labor and Employment Law
100 Church Street, Room 2-300
New York, NY 10007
Ph.: (347) 701-4768
Email: rnasim@law.nyc.gov

**From:** Email Update. [apearson2013@hotmail.com]
**Sent:** Wednesday, February 24, 2021 5:14 PM
**To:** Nasim, Ryan (Law)
**Subject:** Extension for Document no. CV003592 (RA)

Good Evening Attorney Ryan Nasim,

My name is Antonia Pearson. I'm reaching out to you requesting a two weeks extension to submit my opposition.
I am asking you to please give me up to March 19, 2021.  I need more time to submit my opposition.
I will wait for your response regarding this matter.

Thank you
Antonia Pearson