| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

ANTIONIA PEARSON,

                Plaintiff,

            v.                              20-CV-3592 (RA)

CITY OF NEW YORK DEPARTMENT OF       ORDER
EDUCATION, EMARILIX LOPEZ, and
PETER IANNIELLO,

                Defendants.

RONNIE ABRAMS, United States District Judge:

        On July 27, the Court received from Plaintiff a request for a two week extension to file her amended complaint. Dkt. 40. That request is granted. Plaintiff shall file her amended complaint no later than August 16, 2021. If she fails to file an amended complaint by August 30, 2021, the Court will dismiss this action with prejudice.

        The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated:    July 29, 2021
             New York, New York

                                                        RONNIE ABRAMS
                                                        United States District Judge