**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 5/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIA PEARSON, *an individual*,

              Plaintiff,

              v.

CITY OF NEW YORK; EMARILIX LOPEZ, PRINCIPAL OF THE METROPOLITAN SOUNDVIEW HIGH SCHOO; and PETER IANNIELLO, EXEC. DIRECTOR OF HR SCHOOL SUPPORT,

              Defendants.

No. 20-CV-3592 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 29, 2022, the Court granted Defendants' motion to dismiss the Complaint with prejudice. *See* Dkt. 55. Accordingly, the Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   May 1, 2023
         New York, New York

                                             Hon. Ronnie Abrams
                                             United States District Judge